UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 24 Mag. 01488 / 25 Cr. _____ (JHR) |
| -v.- | <u>ORDER</u> |
| WINSTON COLON CORREA, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

On **October 7, 2025** at **11:00 a.m.**, a plea proceeding with respect to Defendant Winston Colon Correa will take place in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  October 6, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge