UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

WINSTON COLON CORREA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2025
```

CONSENT PRELIMINARY ORDER
OF FORFEITURE AS TO
SPECIFIC PROPERTY

25 Cr.

WHEREAS, on or about October 7, 2025, WINSTON COLON CORREA (the "Defendant"), was charged in a four-count Information, 25 Cr. __ (the "Information"), with coercion and enticement of a minor in violation of Title 18, United States Code, Sections 2422(b) and 2427 (Counts One, Two, and Four); and possession of child pornography in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) (Count Three);

WHEREAS, the Information included a forfeiture allegation as to Counts One, Two, and Four of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 2428, of any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of the offenses charged in Counts One, Two, and Four of the Information and any and all property, real or personal, that was used or intended to be used to commit or facilitate the commission of the offenses charged in Counts One, Two, and Four of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses and the following specific property:

    a.  Black Samsung Galaxy S10 with serial number RF8M340WDTP, which was seized from the Defendant on or about ~~February 29, 2024~~; and
        April 16, 2024    wck   MKC WCL

    b.  Black iPhone 15 with serial number DP6L491K29, seized from the Defendant on or about ~~April 16, 2024~~;
        February 29, 2024    wck    MKC WCL

(a. ~~GRAND~~, together, the "Specific Property");

WHEREAS, the Information included a forfeiture allegation as to Count Three of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in Count Three of the Information and any and all property, real or personal, used or intended to be used to commit or promote the commission of the offense charged in Count Three of the Information or traceable to such property, including but not limited to a sum of money in United States currency, representing the amount of proceeds traceable of the commission of the offense charged in Count Three of the Information and the Specific Property;

WHEREAS, on or about October 7, 2025 the Defendant pled guilty to Counts One through Four of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One, Two, and Four of the Information and agreed to forfeit to the United States, pursuant to (i) Title 18, United States Code, Section 2428 (a) a sum of money in United States currency representing proceeds traceable to the commission of the offenses charged in Counts One, Two and Four of the Information and (b) all right, title, and interest of the Defendant in the Specific Property; and (ii) Title 18, United States Code, Section 2253 (a) a sum of money in United States currency representing proceeds traceable to the commission of the offense charged in Count Three of the Information and (b) all right, title, and interest of the Defendant in the Specific Property;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the Specific Property, which constitutes property used in the offenses charged in Counts One through Four of the Information; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney William Kinder, of counsel, and the Defendant and his counsel, Marisa Cabrera, Esq., that:

1.      As a result of the offenses charged in Counts One through Four of the Information, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant WINSTON COLON CORREA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site,

www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5.      The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.      Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

10.    The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    _____          10/7/25
       William Kinder                              DATE
       Assistant United States Attorney
       26 Federal Plaza
       New York, NY 10278
       (212) 637-2394


WINSTON COLON CORREA

By:    _____          10/07/25
       Winston Colon Correa                        DATE

By:    _____          10/7/25
       Marisa Cabrera, ESQ.                        DATE
       Attorney for Defendant
       Federal Defenders of NY, Inc.
       52 Duane Street Ste 10th Floor
       New York, NY 10007


SO ORDERED:

_____          10/7/2025
HONORABLE JENNIFER H. REARDEN              DATE
UNITED STATES DISTRICT JUDGE