

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37ᵗʰ Floor*
*New York, New York 10278*

December 16, 2025

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:     *United States v. Winston Colon Correa*, 25 Cr. 463 (JHR)

Dear Judge Rearden:

The Government respectfully requests a brief adjournment of the sentencing of defendant Winston Colon Correa, which is presently scheduled for February 12, 2025. The undersigned AUSA will be on trial in *United States v. Darryl Cohen*, 23 Cr. 134 (VSB), before Judge Broderick, beginning on January 20, 2025. The trial is expected to last up to four weeks, longer than the Government anticipated at the time the defendant's sentencing was scheduled. To avoid the potential conflict between the trial and the defendant's sentencing, the Government respectfully requests a brief adjournment of the sentencing, until a date on or after February 23, 2025. The defendant, through counsel, consents to the Government's adjournment request.

Application GRANTED. The Court will hold open **March 19, 2026** at **12:15 p.m.** for Defendant's sentencing. By **December 19, 2025**, the Government shall file a letter informing the Court of the parties' availability on that date.

Respectfully submitted,

JAY CLAYTON
United States Attorney

The Clerk of Court is directed to terminate ECF No. 53.

By: ___/s/_____
     William C. Kinder
     Assistant United States Attorney
     (212) 637-2394

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: December 17, 2025