UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 25 Cr. 463 (JHR) |
| Plaintiff, | ORDER |
| -v.- | |
| WINSTON COLON CORREA, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

The sentencing scheduled for March 19, 2026 is hereby adjourned to **April 16, 2026** at

**2:30 p.m.** due to a conflict in the Court's schedule.  The sentencing will take place in Courtroom

12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 16, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge