

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37ᵗʰ Floor*
*New York, New York 10278*

March 17, 2026

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

> **Re:**    *United States v. Winston Colon Correa*, 25 Cr. 463 (JHR)

Dear Judge Rearden:

      The Government respectfully submits this letter motion, pursuant to Rule 10 of the Court's Individual Rules and Practices in Criminal Cases, seeking leave of the Court to redact limited portions of the Government's sentencing submission in the above-captioned case. The Government's proposed redactions relate to highly sensitive and private details concerning minor children, some of which are potentially personally identifying. The Government's proposed redactions are narrow and designed solely to protect the identities, privacy, and dignity of the minor victims in this case. The nature of the privacy interests at stake here, and the limited redactions proposed by the Government, outweigh the presumption in favor of public access to the highly sensitive and personal information relating to children that the Government requests be sealed. *See Kavanagh v. Zwilling*, 997 F. Supp. 2d 241, 256 (S.D.N.Y.), *aff'd*, 578 F. App'x 24 (2d Cir. 2014) (sealing judicial records where it served the privacy interests of a third-party victim, as the materials "contain[ed] sensitive and personal information about the sexual abuse of a minor"); *see also Hilbert S. v. Cnty. of Tioga,* No. 3:03 Civ. 193, 2005 WL 1460316, at *15 (N.D.N.Y. June 21, 2005) (sealing file based on the interest in protecting the privacy of children who were sexually and physically abused).[1]

<div style="color:blue">

Application GRANTED. The Government is directed to file an unredacted copy of its sentencing submission, ECF No. 58, under seal by **March 20, 2026**. The Clerk of Court is directed to terminate ECF No. 61.
SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: March 19, 2026

</div>

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ___/s/_____
    William C. Kinder
    Assistant United States Attorney
    (212) 637-2394

---

[1] In addition, the Government's proposed redactions are consistent with the privacy protection provisions of 18 U.S.C. § 3509(d)(2), which provide that filings disclosing "information concerning a child" shall be filed "under seal without necessity of obtaining a court order." All of the minor victims were children at the time of the offense conduct at issue in this case, and Minor Victim-3 is still under age 18.