# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 18, 2026

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** *United States v. Winston Colon Correa*, 25 Cr. 463 (JHR)

Dear Judge Rearden:

The defense submits this letter motion, pursuant to Rule 10 of the Court's Individual Rules and Practices in Criminal Cases and seeks permission to fully redact Exhibits A and B in the above-captioned case. The defense's proposed redactions relate only to the two medical reports that were drafted during the course of this litigation that include treatment and diagnosis. Pursuant to the S.D.N.Y. ECF Privacy Policy, both reports fall into one of the six categories of information, namely medical records, that require "caution" as described in the policy and may be redacted without Court approval. Should the Court, however, disagree with that assessment, the defense requests permission to fully redact the two reports attached as Exhibits A and B to the sentencing submission due to their sensitive nature and the medical diagnoses contained therein.

Thank you for your consideration of this request.

Respectfully submitted,

*Marisa K. Cabrera*

Marisa K. Cabrera
Assistant Federal Defender
(212) 417-8730

cc:    AUSA William Kinder

Application GRANTED. The Defendant is directed to file Exhibits A and B to his sentencing submission, ECF No. 57, under seal by **March 20, 2026**.

The Clerk of Court is directed to terminate ECF No. 62.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: March 19, 2026